# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS CAPITAL BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1057-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS TEXAS CAPITAL

WHEREAS, one or more third party agreements have resolved some or all of the claims between Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendant Texas Capital Bank ("Texas Capital").

NOW, THEREFORE, Textile and Texas Capital, through their attorneys of record, request that the Court dismiss with prejudice all claims asserted by Textile against Texas Capital in this case that are licensed under the one or more third party agreements including, but not limited to, any debit or credit cards issued, and/or transactions processed in whole or in part, by Fiserv, Inc., Fiserv Solutions, LLC, U.S. Bank National Association (d/b/a Elan Financial Services), U.S. Bancorp, and/or any of their respective affiliates; to dismiss without prejudice all other claims asserted by Textile against Texas Capital in this case; and to dismiss without prejudice Texas Capital's claims, defenses, or counterclaims for relief against Textile, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: December 16, 2022                Respectfully submitted,


                                        /s/ *Matthew J. Antonelli*
                                        Matthew J. Antonelli

Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*


/s/ *Nick E. Williamson*
Michael C. Smith
State Bar No. 18650410
SCHEEF & STONE, LLP
113 E. Austin Street
Marshall, TX 75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

Paige Stradley (*pro hac vice*)
Rachel Zimmerman Scobie (*pro hac vice*)
Jeffrey Blake (*pro hac vice*)
MERCHANT & GOULD P.C.
150 S. Fifth Street, Suite 2200

2

Minneapolis, MN 55402

David A. Roodman (*pro hac vice*)
Nick E. Williamson (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
daroodman@bclplaw.com
nick.williamson@bclplaw.com

***Attorneys for Defendant
Texas Capital Bank in connection with
allegations arising in Case No. 6:21-cv-1057***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 16, 2022.

>  /s/ Matthew J. Antonelli
>  Matthew J. Antonelli